FILED
SEP 2 6 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Tyrone Julius, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 12 1601 |
| Dr. Cheek, | ) ) ) |
| Defendant. | ) ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of the District of Columbia, has submitted a wholly incomprehensible complaint consisting of scribble. The only clear thing in the complaint is plaintiff's demand for $199,999,999.00. Plaintiff's outlandish and baseless demand warrants dismissal of the complaint under § 1915(e)(2) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, the complaint is so "patently insubstantial" as to deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *see Caldwell v. Kagan*, 777 F. Supp. 2d 177, 178 (D.D.C. 2011) ("A district court lacks subject matter jurisdiction when the complaint 'is patently

insubstantial, presenting no federal question suitable for decision.'") (quoting *Tooley*, 586 F.3d at 1009). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ Ellen S Huvelle
United States District Judge

Date: September 26, 2012